IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-31123
_____


CONNIE BROUSSARD, DARRELL KENT GAMBLE

                              Plaintiffs - Appellants

    v.

CITGO PETROLEUM CORP, ET AL

                              Defendants

CITGO PETROLEUM CORP, STEVE CLAWSON, LINDY HOFFMAN

                              Defendants - Appellees

_____

Appeal from the United States District Court
for the Western District of Louisiana
No. 99-CV-1339
_____
June 4, 2002
Before KING, Chief Judge, and PARKER and CLEMENT, Circuit Judges.

PER CURIAM:[*]


AFFIRMED.  See 5TH CIR. R. 47.6.

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.